HARRIET A. STEINER, Bar No. 109436
harriet.steiner@bbklaw.com
KIMBERLY E. HOOD, Bar No. 229195
kimberly.hood@bbklaw.com
Best Best & Krieger LLP
400 Capitol Mall
Suite 1650
Sacramento, CA 95814
Telephone: (916) 325-4000
Facsimile: (916) 325-4010

Attorneys for Defendant
City of Davis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWPATH NETWORKS, LLC, a New Jersey Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF DAVIS, CALIFORNIA, a General Law Municipality,<br><br>Defendant. | Case No. 2:10-cv-00236-GEB-KJM<br><br>**SUBSTITUTION OF ATTORNEYS AND ORDER THEREON** |

Notice is hereby given that, subject to approval by the Court, Defendant City of Davis substitutes Harriet A. Steiner (State Bar No. 109436) and Kimberly E. Hood (State Bar No. 229195) of Best Best & Krieger LLP as counsel of record in place of McDonough Holland & Allen PC. Contact information for Harriet A. Steiner and Kimberly E. Hood is now as follows:

> Best Best & Krieger LLP
> 400 Capitol Mall, Suite 1650
> Sacramento, CA 95814
> Telephone: 916.325.4000
> Facsimile: 916.325.4010
> E-mail: Harriet.Steiner@bbklaw.com; Kimberly.Hood@bbklaw.com

Substitution of Attorneys
82502.00081\4754149.2

LAW OFFICES OF
BEST BEST & KRIEGER LLP
400 CAPITOL MALL, SUITE 1650
SACRAMENTO, CA 95814

1  I consent to the above substitution.

2  Dated: September 9, 2010

3
   _____
4  Bill Emlen, City Manager

5
   I consent to the above substitution.
6
   Dated: September 9, 2010
7

8          /s/ Harriet A. Steiner
   Harriet A. Steiner
9

10
   I consent to the above substitution.
11

12          /s/ Kimberly E. Hood
   Kimberly E. Hood
13

14 **IT IS SO ORDERED.**
   **Date: 9/16/2010**
15

16 _____
   GARLAND E. BURRELL, JR.
   United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

Substitution of Attorneys                          - 2 -
82502.00081\4754149.2