HARRIET A. STEINER, Bar No. 109436
harriet.steiner@bbklaw.com
KIMBERLY E. HOOD, Bar No. 229195
kimberly.hood@bbklaw.com
Best Best & Krieger LLP
400 Capitol Mall
Suite 1650
Sacramento, CA  95814
Telephone: (916) 325-4000
Facsimile: (916) 325-4010

Attorneys for Defendant
City of Davis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWPATH NETWORKS, LLC, a New Jersey Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF DAVIS, CALIFORNIA, a General Law Municipality,<br><br>Defendant. | Case No.  2:10-cv-00236-GEB-KJM<br><br>**STIPULATION TO STAY ACTION AND [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff NewPath Networks, LLC ("NewPath") and Defendant City of Davis ("City"), acting by and through their respective counsel of record, as follows:

1. NewPath filed the above-captioned action challenging the City's rescission of encroachment and related permits for the construction of NewPath's proposed distributed antenna system within the City.  NewPath also filed a motion for preliminary injunction to (among other things) require the City to reinstate the revoked permits.  The Court denied the motion on March 19, 2010 and a Status (Pretrial Scheduling) Order was filed on May 12, 2010.

///

Stipulation and Order to Stay Action

82502.00081\4754109.1

2. The City and NewPath have reached an agreement pursuant to which NewPath will submit an application with the City for its proposed DAS, which if approved, may result in the settlement of this action.

3. Given this status, and the parties' desire to facilitate the settlement process and avoid unnecessary expense litigating the case, the parties respectfully request that the Court stay the action until February 1, 2011. The parties anticipate that the application process will be well underway by that date. The parties request that the Court hold a status conference on February 1, 2011, or as soon thereafter as is amenable to the Court, to determine the status of the parties' settlement efforts and whether the stay should be lifted.

IT IS SO STIPULATED.

Dated: September 9, 2010               BEST BEST & KRIEGER LLP

                                       By:    /s/  Harriet A. Steiner
                                              HARRIET A. STEINER
                                              Attorneys for Defendant
                                              City of Davis

Dated: September 9, 2010               CHANNEL LAW GROUP, LLP

                                       By:    /s/  Robert Jystad
                                              ROBERT JYSTAD
                                              Attorneys for Plaintiff
                                              NewPath Networks, LLC

**ORDER**

The parties' request to stay the action is GRANTED. A status conference is set for January 31, 2011 at 9:00 a.m. A joint status report is to be filed fourteen days prior to the hearing.

**Date: 9/16/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Order to Stay Action     - 2 -                      82502.00081\4754109.1