IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
NEWPATH NETWORKS, LLC, A NEW      )
JERSEY LIMITED LIABILITY          )    2:10-cv-00236-GEB-DAD
COMPANY,                          )
                                  )
               Plaintiff,         )    ORDER
                                  )
          v.                      )
                                  )
THE CITY OF DAVIS, CALIFORNIA,    )
                                  )
               Defendant.         )
_____  )
```

The parties filed a Joint Status Report ("JSR") on January 14, 2011, in which they notified the Court of the status of their settlement negotiations. (ECF No. 45.) The parties state in the JRS:

> The Parties are pleased to inform the Court that the application process is well under way. NewPath and the City have worked diligently to finalize the design and locations of NewPath's proposed distributed antenna system ("DAS") and have scheduled and commenced public neighborhood meetings to obtain further input from the community. On or about November 30, 2010, in a regularly scheduled public session, the City Council received a status report from City staff on a "pre-application" prepared by NewPath, and instructed City staff to move the project into the full application process. It is anticipated that the full application process will be completed by April 18, 2011. Thus, the Parties respectfully request the Court to issue an order continuing the stay until that date and setting a status conference thereafter to allow the City's application review and hearing process to be completed.

Id. at 2:8-17.

Therefore, the parties' request to continue the stay in this action is granted. A status conference is set for May 9, 2011. A further joint status report shall be filed no later than fourteen (14) days prior to Status Conference.

Dated:   January 25, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge