IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEWPATH NETWORKS, LLC, A NEW JERSEY LIMITED LIABILITY COMPANY, | ) ) ) ) | 2:10-cv-00236-GEB-DAD |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| THE CITY OF DAVIS, CALIFORNIA, | ) ) | |
| Defendant. | ) ) | |

The parties' request for continuance of the status hearing, sought in the Joint Status Report ("JSR") filed on April 25, 2011, is granted as follows: a status hearing is scheduled to commence at 9:00 a.m. on August 1, 2011; a further joint status report shall be filed no later than fourteen (14) days prior to Status Conference.

Dated: May 9, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1