IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWPATH NETWORKS, LLC, A NEW JERSEY LIMITED LIABILITY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF DAVIS, CALIFORNIA,<br><br>Defendant. | 2:10-cv-00236-GEB-DAD<br><br>ORDER |

The parties' request in the Joint Status Report filed July 18, 2011, to continue the stay in this action is granted. A status hearing is scheduled to commence at 9:00 a.m. on October 31, 2011; a further joint status report shall be filed no later than fourteen (14) days prior to Status Conference.

Dated: July 21, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge