IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEWPATH NETWORKS, LLC, A NEW           )
JERSEY LIMITED LIABILITY               )        2:10-cv-00236-GEB-CKD
COMPANY,                               )
                                       )
                Plaintiff,             )        ORDER
                                       )
          v.                           )
                                       )
THE CITY OF DAVIS, CALIFORNIA,         )
                                       )
                Defendant.             )
_____       )

          The parties' request in the Joint Status Report filed October 17, 2011, to continue the stay in this action is granted. A status hearing is scheduled to commence at 9:00 a.m. on January 30, 2012; a further joint status report shall be filed no later than fourteen (14) days prior to Status Conference.

Dated:  October 24, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1