IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEWPATH NETWORKS, LLC, A NEW ) 
JERSEY LIMITED LIABILITY ) 2:10-cv-00236-GEB-DAD
COMPANY, )
 )
       Plaintiff, ) <u>ORDER</u>
 )
   v. )
 )
THE CITY OF DAVIS, CALIFORNIA, )
 )
       Defendant. )
_____ )

     The parties' request in the Joint Status Report filed January 13, 2012, to continue the stay in this action is granted. A status hearing is scheduled to commence at 9:00 a.m. on March 26, 2012; a further joint status report shall be filed no later than fourteen (14) days prior to Status Conference.

Dated: January 19, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge