IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NEWPATH NETWORKS, LLC, a New Jersey Limited Liability Company,

      Plaintiff,

v.

THE CITY OF DAVIS, CALIFORNIA,

      Defendant.

2:10-cv-00236-GEB-CKD

ORDER

      The parties' request in the Joint Status Report filed May 7, 2012, to continue the stay in this action is granted. A status hearing is scheduled to commence at 9:00 a.m. on September 17, 2012; a further joint status report shall be filed no later than fourteen (14) days prior to Status Conference.

Dated: May 9, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge