IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWPATH NETWORKS, LLC, a New Jersey Limited Liability Company,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF DAVIS, CALIFORNIA,<br><br>　　　　Defendant. | 2:10-cv-00236-GEB-CKD<br><br>ORDER |

　　　　The parties' request in the Joint Status Report filed August 30, 2012, to continue the stay in this action is granted. A status hearing is scheduled to commence at 9:00 a.m. on January 14, 2013; a further joint status report shall be filed no later than fourteen (14) days prior to Status Conference.

Dated: September 12, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1