IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEWPATH NETWORKS, LLC, a New Jersey Limited Liability Company,<br><br>                Plaintiff,<br><br>       v.<br><br>THE CITY OF DAVIS, CALIFORNIA,<br><br>                Defendant.<br>_____ | 2:10-cv-00236-GEB-CKD<br><br><u>ORDER RE: SETTLEMENT AND DISPOSITION</u> |

The parties state in the Joint Status Report filed April 15, 2013 ("JSR"):

> The Parties have resolved the action, and negotiated a settlement agreement, which has been approved by the City Council and has been fully executed by the Parties. The settlement agreement encompasses this action as well as the pending action before the California Public Utilities Commission ("CPUC") in CPUC Case No. 10-03-011, *City of Davis, California v. NewPath Networks, LLC, a New Jersey Limited Liability Company* (U-6928-C) (filed Mar. 23, 2010). As such, NewPath anticipates filing a dismissal of this action within the next 14 days, and the City anticipates filing a similar dismissal of the CPUC action within the next 14 days.

(JSR 2:4-10, ECF No. 68.)

Therefore, a dispositional document shall be filed no later than May 3, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. <u>See</u> E.D. Cal. R. 160(b) ("A failure to

1  file dispositional papers on the date prescribed by the Court may be
2  grounds for sanctions.").
3        Further, the Status Conference scheduled for hearing on April
4  29, 2013, is continued to commence at 9:00 a.m. on June 10, 2013, in the
5  event no dispositional document is filed, or if this action is not
6  otherwise dismissed.  A joint status report shall be filed fourteen (14)
7  days prior to the status conference.
8        IT IS SO ORDERED.

Dated:  April 18, 2013

_____  
GARLAND E. BURRELL, JR.  
Senior United States District Judge